September 26, 2008

Mr. Terry Wesley Baker
Baker Law Office
6775 State Highway 123 North
P.O. Box 33
Geronimo, TX 78115
Mr. Christopher John Deeves
Ball & Weed, P.C.
10001 Reunion Place Blvd., Ste. 600
San Antonio, TX 78216

RE: Case Number: 06-0611
 Court of Appeals Number: 04-05-00868-CV
 Trial Court Number: 2005-CI-07266

Style: MAURICIO MARTINEZ-PARTIDO
 v.
 METHODIST SPECIALTY AND TRANSPLANT HOSPITAL; METHODIST HEALTHCARE
 SYSTEM OF SAN ANTONIO, LTD., L.L.P. D/B/A METHODIST SPECIALTY AND
 TRANSPLANT HOSPITAL; JANE OR JOHN DOE(S), HOSPITAL EMPLOYEE(S); AND
 JANE OR JOHN DOE(S), HOSPITAL NURSE(S)

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Mr. W. Richard Wagner |
| |Ms. Margaret G. |
| |Montemayor |